UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WEBSTER,<br><br>  Plaintiff,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 3:13-cv-05692-JSC<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL<br><br><br>Judge: Jacqueline Scott Corley<br><br>Complaint Filed: December 10, 2013 |

ORDER

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: July 10, 2014

_____
JACQUELINE SCOTT CORLEY
MAGISTRATE JUDGE